IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**KERRY GARCIA,**

    **Plaintiff,**

**v.**                                                      **No. 13-cv-0095 CG/SMV**

**KEVIN KNIGHT and**
**KNIGHT TRANSPORTATION, INC.,**

    **Defendants.[1]**

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:    March 26, 2014, at 9:30 a.m.

    **Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **March 26, 2014, at 9:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[2]  Parties shall be prepared to discuss the status of discovery and whether to set a settlement conference.  Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                                 _____
                                                                **STEPHAN M. VIDMAR**
                                                                 **United States Magistrate Judge**

---

[1] Defendant Kevin Knight was terminated from this action on July 15, 2013, when Plaintiff amended his complaint and omitted any claim against Kevin Knight. [Doc. 16]. Only Defendant Knight Transportation, Inc., remains.

[2] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.